**JS-6**
```
CLOSED
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO HERNANDEZ,<br><br>        Plaintiff,<br>   v.<br>COUNTY OF SAN BERNARDINO et al.,<br><br>        Defendants. | Case No. 2:11-cv-10274-ODW(DTBx)<br><br>**JUDGMENT FOR DEFENDANTS** |

In light of the Court's findings of fact and conclusions of law contained in its February 6, 2013 Order Granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiff Alberto Hernandez shall take nothing;
2. Judgment for Defendants County of San Bernardino, Arturo Ramirez, Robert Escamilla, Zachery Fidler, and Esther Covarrubias; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

March 8, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**